UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                    Criminal No. 17-CR-20274

vs.                                                      HON. BERNARD A. FRIEDMAN

JUMANA NAGARWALA, et al.,

    Defendants.

_____/

**<u>ORDER DENYING AS MOOT DEFENDANTS'
MOTION FOR THE RETURN OF PERSONAL PROPERTY</u>**

This matter is presently before the Court on the motion for the return of personal property filed by defendants Tahera Shafiq, Farida Arif, Haseena Halfal, and Zainab Hariyanawala [docket entry 403]. The Court heard this motion on May 29, 2019. During the hearing, the parties indicated on the record that they had reached an agreement regarding the return of defendants' telephones and/or the information on their telephones. Accordingly,

IT IS ORDERED that defendants' motion for the return of property is denied as moot.

Dated: May 30, 2019
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge