UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | |
| JUMANA NAGARWALA, FAKHRUDDIN ATTAR, and FARIDA ATTAR. | |
| Defendants. | |

_____

## MOTION FOR AN ORDER TO SEAL REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO SUPPRESS WIRETAPS AND ALL EVIDENCE OBTAINED AS A RESULT OF THOSE WIRETAPS

Jumana Nagarwala, M.D., through her attorney Shannon Smith; Fakhruddin Attar, M.D., through his attorney Mary Chartier; and Farida Attar, Ph.D., through her attorney Matthew R. Newburg; respectfully request that the Reply to Government's Response to Defendant's Motion to Suppress Wiretaps and All Evidence Obtained as a Result of Those Wiretaps, be received by the Court under seal. The Defendants request these pleadings be sealed as they extensively quote and reference sealed documents, including specifically, the Affidavit in Support of Application

1

(for Title III Wiretaps). Further, prior pleadings filed including the Defendants' Motion and the government's Response were under seal.

Pursuant to Local Court Rule 7.1(a)(1), Counsel have sought concurrence from the government, and the government **does concur** that the aforementioned Reply should be sealed by the Court.

Respectfully submitted,

| | |
|---|---|
| 5/25/2021<br>Date | /s/SHANNON SMITH<br>Shannon Smith<br>Attorney for Jumana Nagarwala, M.D. |
| 5/25/2021<br>Date | /s/MARY CHARTIER<br>Mary Chartier<br>Attorney for Fakhruddin Attar, M.D. |
| 5/25/2021<br>Date | /s/MATTHEW R. NEWBURG<br>Matthew R. Newburg<br>Attorney for Farida Attar, Ph.D. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I e-filed and electronically served the foregoing document to all counsel of record.

/s/Shannon Smith
Shannon Smith
Smith Lehman, PC
1668 South Telegraph Rd.
Suite 200
Bloomfield Hills, MI  48302
Phone: (248) 636-2595
shannon@smith-lehman.com