UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | |
| JUMANA NAGARWALA, FAKHRUDDIN ATTAR, and FARIDA ATTAR. | |
| Defendants. | |

_____

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF SEVEN PAGES

Jumana Nagarwala, M.D., through her attorney Shannon Smith; Fakhruddin Attar, M.D., through his attorney Mary Chartier; and Farida Attar, Ph.D., through her attorney Matthew R. Newburg; respectfully request permission to file a reply brief in support of the Reply to government's Response to Defendants' Motion to Suppress Wiretaps and All Evidence Obtained as a Result of Those Wiretaps. Local Rule 7.1(d)(3)(A) states that briefs may not exceed 7 pages.

The reasons for additional pages are as follows: (1) to thoroughly explain the history of this highly complicated case; (2) the issue requires

1

analysis regarding the lack of probable cause in a lengthy, 84-page Affidavit; and, (3) instead of filing multiple motions, D-1 through D-3 have consolidated their arguments and the instant Reply regarding this issue.

Pursuant to Local Court Rule 7.1(a)(1), Counsel have sought concurrence from the government, and the government **does concur** to allow the above-captioned Defendants to have the additional requested pages.

WHEREFORE, Defendants respectfully requests the entry of an order granting this motion for leave to file a brief in excess of the page limit.

                                      Respectfully submitted,

5/25/2021                           /s/SHANNON SMITH
Date                                  Shannon Smith
                                           Attorney for Jumana Nagarwala, M.D.

5/25/2021                           /s/MARY CHARTIER
Date                                  Mary Chartier
                                           Attorney for Fakhruddin Attar, M.D.

5/25/2021                           /s/MATTHEW R. NEWBURG
Date                                  Matthew R. Newburg
                                           Attorney for Farida Attar, Ph.D.

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I e-filed and electronically served the foregoing document to all counsel of record.

/s/<u>Shannon Smith</u>
Shannon Smith
Smith Lehman, PC
1668 South Telegraph Rd.
Suite 200
Bloomfield Hills, MI  48302
Phone: (248) 636-2595
shannon@smith-lehman.com